**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>JAMES LOWELL PHILLIPS,<br><br>　　　　　　　Defendant. | NO. CR06-444-RSL<br><br><br>SUMMARY REPORT OF<br>U.S. MAGISTRATE JUDGE AS<br>TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

　　　　An evidentiary hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on September 9, 2010.  The United States was represented by Assistant United States Attorney James Lord, and the defendant by Michele Shaw.

　　　　The defendant had been charged and convicted of Burglary of a Pharmacy, in violation of 18 U.S.C. § 2118(b).  On or about June 27, 2007, defendant was sentenced by the Honorable Robert S. Lasnik, to a term of 27 months in custody, to be followed by 3 years of supervised release.

　　　　The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions.  Special conditions imposed included, but were not limited to, participation in a substance abuse and mental health programs, financial disclosure, $20,466 restitution, no firearms, search, DNA

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

testing, no new credit, single checking account, surrender all business documents, disclose all assets and liabilities, and 120 days RRC.

In a Petition for Warrant or Summons, dated August 27, 2010, U.S. Probation Officer Steven R. Gregoryk asserted the following violations by defendant of the conditions of his supervised release:

(1)  Committing the crime of malicious mischief third degree, on August 27, 2010, in violation of the general condition of supervision which states that the defendant shall not commit another federal, state, or local crime.

On September 3, 2010, defendant made his initial appearance. The defendant was advised of the allegation and advised of his rights. On September 9, 2010, this matter came before the Court for an evidentiary hearing. Defendant admitted to violation 1.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violation 1, and that the Court conduct a hearing limited to disposition. A disposition hearing on this violation has been set before the Honorable Robert S. Lasnik on September 24, 2010 at 1:30 p.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 9th day of September, 2010.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

cc:   District Judge:          Honorable Robert S. Lasnik
      AUSA:                    James Lord
      Defendant's attorney:    Michele Shaw
      Probation officer:       Steven R. Gregoryk

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2